■ MICHAEL A. WHITESELL et al., Respondents, v BARBARA S.
WALCHLI, Defendant, and EDWARD J. WALCHLI, Appellant. (Appeal No. 1.) [654 NYS2d 541] — Order unanimously reversed on
the law without costs, motion granted and complaint against
defendant Edward J. Walchli dismissed. Memorandum:
Supreme Court erred in denying the motion of Edward J. Walchli (defendant) to dismiss the complaint against him for failure to state a cause of action (see, CPLR 3211 [a] [7]). Plaintiffs
allege that defendants are responsible for damage to their
dairy herd based upon Navigation Law § 181 (1) and (5).
Navigation Law § 181 (1) provides that "[a]ny person who has
discharged petroleum shall be strictly liable, without regard to
fault, for all cleanup and removal costs and all direct and
indirect damages, no matter by whom sustained". Navigation
Law § 181 (5) provides that such a claim "may be brought
directly against the person who has discharged the petroleum".
Liability as a "discharger" under the statutory scheme is thus
"based upon conduct, not status * * * [and] [n]othing in the
statute could be construed as making a landowner responsible
solely because it is a landowner" (Drouin v Ridge Lbr., 209
AD2d 957, 958). Defendant owns a 4.4% interest as a nonoperator in the oil and gas lease on the land. He did not control
the operations conducted under the lease. Because defendant
cannot be considered a "discharger" subject to liability under
Navigation Law § 181 (1) and (5) (see, Drouin v Ridge Lbr.,
supra, at 958-959), the complaint fails to state a cause of action
against him. (Appeal from Order of Supreme Court, Allegany
County, Himelein, J.—Dismiss Complaint.) Present—Green,
J. P., Pine, Doerr, Boehm and Fallon, JJ.

■ MICHAEL A. WHITESELL et al., Respondents, v BARBARA S.
WALCHLI, Defendant, and EDWARD J. WALCHLI, Appellant. (Appeal No. 2.) [656 NYS2d 1022]—Order unanimously vacated without
costs. Same Memorandum as in Whitesell v Walchli (237 AD2d
953 [decided herewith]). (Appeal from Order of Supreme Court,
Allegany County, Himelein, J.—Dismiss Complaint.) Present—
Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.